NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA MAGDALENA RODRIGUEZ-DEL TORO, AKA Maria Magdalena Enriquez,<br><br>                Petitioner,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General,<br><br>                Respondent. | No. 12-71970<br><br>Agency No. A076-611-025<br><br><br>ORDER |

Before: THOMAS, Chief Judge, CALLAHAN, Circuit Judge and SINGLETON,[*] Senior District Judge.

Respondent's Unopposed Motion to Remand is GRANTED. The panel's memorandum disposition filed June 4, 2015 is VACATED and this case is REMANDED for further proceedings.

---

[*]    The Honorable James K. Singleton, Senior District Judge for the U.S. District Court for the District of Alaska, sitting by designation.